EJ-100

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, and State Bar number):
After recording, return to:
Timothy Krantz    (Bar # 125906)
Law Office of Timothy Krantz
2082 Michelson Drive, #212
Irvine, CA 92612
TEL NO.: (949) 752-2291    FAX NO. (optional): (949) 752-2323
E-MAIL ADDRESS (Optional):

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

UNITED STATES BANKRUPTCY COURT OF CALIFORNIA
STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Los Angeles Central District

PLAINTIFF: Kamran Ghadimi, MD, et al.
DEFENDANT: Tony Ashai,

CASE NUMBER:
Case no. 2:13-bk-11265-ER
Adv no. 2:13-ap-01448-ER

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
[X] FULL    [ ] PARTIAL    [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

**FILED**
MAR 04 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [X] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of (date):

2. Full name and address of judgment creditor:*
Kamran Ghadimi, MD, and Haleh Turkaman c/o Law Office of Timothy Krantz
2082 Michelson Dr., #212, Irvine, CA 92612

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:*
Tony Ashai, 15900 Hawthorne Blvd., suite 300, Lawndale, CA 90260

5. a. Judgment entered on (date): March 9, 2015
   b. [ ] Renewal entered on (date):

6. [ ] An    [ ] abstract of judgment    [ ] certified copy of the judgment has been recorded as follows (complete all information for each county where recorded):

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| | | |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify):

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 1/20/2022

▶ _____ (signature)
(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250

LexisNexis® Automated California Judicial Council Forms

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Orange_____ )

On 20th January 2022 before me, Victoria E. Strutt, Notary Public
(insert name and title of the officer)

personally appeared __Timothy Krantz__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

VICTORIA E. STRUTT
COMM. # 2316254
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
MY COMM. EXP. DEC. 17, 2023